# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Exelis Inc. ) | ASBCA No. 59915 |
| ) | |
| Under Contract No. N00173-10-C-2002 ) | |

APPEARANCES FOR THE APPELLANT:    Steven M. Masiello, Esq.
                                 Christopher W. Myers, Esq.
                                 Kelly P. Garehime, Esq.
                                   Dentons US LLP
                                   Denver, CO

APPEARANCE FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
                                 DCMA Chief Trial Attorney
                                 Defense Contract Management Agency
                                 Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated:  June 5, 2018

James R. Sweet
JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59915, Appeal of Exelis Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals